**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**CYNTHIA P. MILLS**                                                                                    **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 3:06-cv-00517-TSL-JCS**

**SAM'S CLUB, INC.; WAL-MART STORES, INC.;
and DEFENDANTS A-E**                                                                              **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, CYNTHIA MILLS, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants, Sam's Club, Inc., Wal-Mart Stores, Inc., and Wal-Mart Stores East, LP, join in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 24th day of October, 2008.

                                                                        /s/Tom S. Lee
                                                                        **UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:

 s/Wayne E. Ferrell, Jr.
Wayne Ferrell, Jr.. (MSB #5182)
Attorney for Plaintiff

 s/Philip A. Gunn
Philip A. Gunn (MSB #8581)
Attorney for Defendants